O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUSSEM FARRACH, | ) | CASE NO. CV 12-06399 RZ |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: April 19, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE