LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUSSEM FARRACH,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  CV 12-06399 (RZ)<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of ONE THOUSAND EIGHT HUNDRED SIXTY TWO DOLLARS AND 73/100 ($1,862.73) ~~subject to the terms of the stipulation~~.

   DATE:  April 25, 2013   _____

                                   HON. RALPH ZAREFSKY
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-